

333 EARLE OVINGTON BLVD., STE. 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

November 25, 2022

**VIA ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007



Re:   *Yang v. RXHome NYC LLC,* 1:22-cv-7816 (KPF)

Dear Judge Failla:

    We represent Plaintiff Stephen Yang ("Plaintiff") in the above-captioned case and write pursuant to Your Honor's Individual Practices to respectfully request a 45-day extension of time for Plaintiff to file his application for default judgment.

(1) the current deadline to file the default judgment application is December 2, 2022 [Dkt. No. 13]. The proposed new deadline is January 16, 2023.

(2) Plaintiff has not made any previous requests for an extension of time.

(3) No previous requests have been granted or denied.

(4) Plaintiff seeks the extension to conduct further due diligence in an attempt to contact defendant or its counsel, and seeks 45 days (rather than 30 days) as a result of the holidays.

(5) Because Defendant is in default; it neither opposes nor consents to the requested relief; however, Defendant is not prejudiced by the grant of this request.

                                                            Respectfully Submitted,

                                                            **s/jameshfreeman/**
                                                            James H. Freeman

                                                           *Counsel for Plaintiff*

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:    November 28, 2022          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE