UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN YANG,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>RXHOME NYC LLC,<br><br>　　　　　　　　Defendant. | 22 Civ. 7816 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　On October 25, 2022, the Clerk of Court entered a certificate of default in this case against the Defendant. (Dkt. #12). On November 28, 2022, the Court granted Plaintiff's request for an extension of time to file his papers in support of a default judgment, until January 16, 2023. (Dkt. #15). Accordingly, the initial pretrial conference scheduled to take place on December 20, 2022, is hereby **ADJOURNED** *sine die*.

　　SO ORDERED.

Dated:　December 15, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　*Katherine Polk Failla*
　　　　　　　　　　　　　　　　　　　　　　――――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge